# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2585
_____

GIBSON PAUL,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Department of Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Lafayette County.
David W. Fina, Judge.

January 23, 2025

PER CURIAM.

The Court dismisses the appeal for lack of jurisdiction. This appeal involves a nonfinal order transferring venue, so the Court treats the motion for rehearing filed in the lower tribunal as a motion for reconsideration. *See* Fla. R. App. P. 9.130(a)(3)(A). The motion for reconsideration did not toll rendition of the nonfinal order on appeal under Florida Rule of Appellate Procedure 9.020(h), and therefore, the appeal is untimely.

ROWE, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Gibson Paul, pro se, Appellant.

Attorney General, Tallahassee, for Appellee.